Louis Levy, Respondent, v. Earle Bailie et al., Defendants, and Ernest W. Hill et al., Defendants-Appellants.—

No opinion. Carswell, Johnston, Adel and Lewis, JJ., concur; Hagarty, J., not voting.

Rose K. Oursler, Appellant, v. Charles F. Oursler, Respondent.—

Hagarty, Johnston, Adel and Lewis, JJ., concur; Carswell, J., concurs in the result.

The People of the State of New York, Respondent, v. Abraham Samuels, Appellant.—

Johnston, Adel, Taylor and Lewis, JJ., concur; Carswell, J., dissents and votes to affirm.